# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MACKLIN,<br><br>        Plaintiff,<br><br>  vs.<br><br>DALE MENDENHALL, et al.,<br><br>        Defendants. | Case No. 1:08-cv-00884 LJO TAG<br><br>ORDER VACATING SETTLEMENT CONFERENCE DATE AND SETTING NEW SETTLEMENT CONFERENCE DATE AND TIME<br><br>Old Date: April 23, 2009<br>New Date: June 10, 2009<br>Time: 9:00 a.m.<br>Location: 1200 Truxtun Avenue, Suite 120 Bakersfield, California |

In a Scheduling Order issued on December 17, 2008, the Court set a settlement conference for April 23, 2009, and directed the parties to submit confidential settlement conference statements to the Court no later than five court days before the settlement conference. (Doc. 12). As a matter of case management, the Court finds it necessary to reschedule the settlement conference.

## ORDER

Accordingly, the Court makes the following order:

1. The April 23, 2009 settlement conference is vacated;

2. A new settlement conference date and time is set for Wednesday, June 10, 2009 at 9:00 a.m.;

3. The June 10, 2009 settlement conference will be conducted by the Honorable Donald C. Ashmanskas, United States Magistrate Judge, at the Court's chambers located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301;

///

1

4.  All parties and counsel are required to comply with the Scheduling Order requirements governing the settlement conference, including without limitation, the requirements to submit confidential settlement conference statements to the Court no later than five court days before the settlement conference, and to appear in person at the settlement conference (Doc. 12, pp.7-8); and

5.  Inquiries regarding delivery of the confidential settlement conference statements may be addressed to Courtroom Deputy Alan Leon Guerrero by email to aleonguerrero@caed.uscourts.gov or by phone to 661-326-6620.


IT IS SO ORDERED.

Dated:   **March 18, 2009**                                       **/s/ Theresa A. Goldner**
                                                                  UNITED STATES MAGISTRATE JUDGE