Shelline K. Bennett, Bar No. 164759
sbennett@lcwlegal.com
Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711

Telephone:    (559) 256-7800
Facsimile:    (559) 449-4535
E-mail:       jmaddox@lcwlegal.com

Attorneys for Defendants
CITY OF DELANO, MARK DeROSIA, AND DALE MENDENHALL

Randall Martin Rumph
LAW OFFICES OF RANDY RUMPH
1401 19th Street, Suite 117
Bakersfield, CA 93301

Telephone:    (661) 322-8478
Facsimile:    (661) 322-8478
Email:        rmrlaw10@sbcglobal.net

Attorneys for Plaintiff
REBECCA MACKLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MACKLIN, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>DALE MENDENHALL; MARK DeROSIA; CITY OF DELANO, CALIFORNIA; DOES 1 through 100,<br><br>        Defendants. | Case No.  1:08-cv-00884 LJO-BAK DLB<br><br>**STIPULATION TO CONTINUE THE JUNE 10, 2009 SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-noted matter, through their respective counsel of record, that the Settlement Conference currently

STIP TO CONTINUE  6/10/09
SETTLEMENT CONFERENCE
1:08-CV-00884 LJO-BAK DLB

scheduled for June 10, 2009 shall be continued to July 8, 2009 at 10:00 am . This Stipulation shall not impact or change any of the other dates or deadlines previously set by the Court.

    IT IS SO STIPULATED.

| Dated: June 2, 2009 | Liebert Cassidy Whitmore |
|---|---|
| | By:  /s/ |
| |     Jesse J. Maddox |
| |     Shelline K. Bennett |
| |     Attorneys for Defendants |
| |     CITY OF DELANO, MARK DeROSIA, |
| |     AND DALE MENDENHALL |
| Dated: June 2, 2009 | LAW OFFICES OF RANDY RUMPH |
| | By:  /s/ |
| |     Randall Martin Rumph |
| |     Attorneys for Plaintiff |
| |     REBECCA MACKLIN |

## **ORDER**

Having considered the parties' Stipulation and finding good cause therefore,

IT IS HEREBY ORDERED THAT the June 10, 2009 Settlement Conference shall be continued to July 8, 2009 at 10:00 a.m. before Magistrate Judge Dennis Beck in Fresno, California.

Dated:  June 3, 2009        /s/ *Dennis L. Beck*
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE
DENNIS L. BECK

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711