1  Shelline K. Bennett, Bar No. 164759
   sbennett@lcwlegal.com
2  Jesse J. Maddox, Bar No. 219091
   jmaddox@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  5701 N. West Avenue
   Fresno, CA  93711
5
   Telephone:   (559) 256-7800
6  Facsimile:   (559) 449-4535
   E-mail:      sbennett@lcwlegal.com
7
   Attorneys for Defendants
8  CITY OF DELANO, MARK DeROSIA, AND
   DALE MENDENHALL
9

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  REBECCA MACKLIN, an individual,      | Case No.  1:08-cv-00884 LJO-BAK DLB

14                 Plaintiff,            | **STIPULATION AND ORDER OF DISMISSAL**

15       v.

16  DALE MENDENHALL; MARK
    DeROSIA; CITY OF DELANO,
17  CALIFORNIA; DOES 1 through 100,

18                 Defendants.

19

20       IT IS HEREBY STIPULATED by and between the parties to this action that the above-

21  captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rules of Civil*

22  *Procedure*, *Rule 41(a)(1)*, each party to bear its own costs and attorneys' fees.

23  / / / / /

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

Dated: August ___, 2009     Liebert Cassidy Whitmore

By:/s/_____
  Shelline K. Bennett
  Jesse J. Maddox
  Attorneys for Defendants
  CITY OF DELANO, MARK DeROSIA,
  AND DALE MENDENHALL

Dated: August ___, 2009     Law Offices of Randy Rumph

By:/s/_____
  Randall Rumph
  Attorney for Plaintiff
  REBECCA MACKLIN

## **O R D E R**

The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure, 41(a)(1)*,

**IT IS SO ORDERED**:

Dated:  August 26, 2009       /s/ Lawrence J. O'Neill_____
                              United States District Court Judge
                              LAWRENCE J. O'NEILL